# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2024 ND 125

In the Interest of D.M.E.

Candida Hoggarth-Baldwin, MSN, APRN, FNP-c,  Petitioner and Appellee

    v.

D.M.E.,  Respondent and Appellant

### No. 20240152

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Daniel D. Narum, Judge.

AFFIRMED.

Per Curiam.

Mary E. DePuydt, Assistant State's Attorney, Jamestown, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Per Curiam.**

[¶1]   D.M.E. appeals from orders for hospitalization and involuntary treatment with medication. D.M.E. argues the district court erred in finding she is mentally ill and a person requiring treatment, and in granting the request for involuntary treatment with medication. We conclude the court's findings are supported by clear and convincing evidence and are not clearly erroneous. *See In re S.R.B.*, 2013 ND 109, ¶ 7, 832 N.W.2d 42 (stating that the court's findings in an order for hospitalization and treatment are "subject to a more probing clearly erroneous standard of review"). We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr